UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOXMIND CANADA ENTERPRISES LTD., <br><br> Plaintiff, <br><br> -v- <br><br> AIQI TOY STORE, et al., <br><br> Defendants. | 24-cv-3999 (~~JSR~~) AKH <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.:

On June 18, 2024, Judge Hellerstein granted a temporary restraining order against defendants in this trademark infringement action before him. ECF No. 5. On July 1, 2024, the undersigned held a hearing on plaintiff's motion for a preliminary injunction. The motion was unopposed by all but one defendant -- Sinpanion. Counsel for Sinpanion appeared at the preliminary injunction hearing and requested leave to file opposition papers to the motion for a preliminary injunction by July 15, 2024, the same date Sinpanion's answer is due. Plaintiff's counsel consented to the request. Accordingly, the Court hereby grants Sinpanion's request for leave to file, by July 15, 2024, opposition papers to plaintiff's motion for a preliminary injunction. On the consent of both parties, the temporary restraining order against Sinpanion is hereby extended until July 15, 2024. Any request for a further

extension or other relief must be made to the chambers of Judge Hellerstein, with whom this case remains.

    SO ORDERED.

New York, NY  
July __, 2024

                                              JED S. RAKOFF, U.S.D.J.